IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AARON CROCKETT,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS CO.; CITIBANK;<br>NELNET SERVICING, LLC D/B/A<br>FIRSTMARK SERVICES; GOLDMAN<br>SACHS & CO. LLC; GREENSTATE<br>CREDIT UNION; WELLS FARGO<br>BANK,<br>N.A.; ROBINHOOD CREDIT INC.<br>F/K/A X1, INC.,<br><br>    Defendants. | Civil Action No.<br>1:26-cv-00402-MLB-JSA |

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 05 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS ELECTRONICALLY**

Plaintiff Aaron Crockett respectfully moves this Court pursuant to Local Rule 5.1(B) of the Northern District of Georgia for leave to register for and file documents electronically through the Court's CM/ECF system.

### BACKGROUND

1. Plaintiff filed his Complaint in this action on January 22, 2026 (Dkt. 1) and was represented throughout by counsel who held CM/ECF filing access. On April 23, 2026, this Court entered an Order (Dkt. 64) directing that attorneys Thomas J. Lyons, Jr., Carter B. Lyons, and John A. Love are withdrawn as counsel of record. Plaintiff immediately and involuntarily lost all access to the CM/ECF system through which all prior filings were made.

2. Plaintiff has contacted the Clerk's Office at 404-215-1600. The Clerk's Office confirmed that (a) email filing is not available as an alternative, and (b) CM/ECF access for a party requires a motion to the Court under Local Rule 5.1(B). Plaintiff files this Motion promptly following receipt of that confirmation.

3. All six appearing defendants are represented by counsel who file exclusively through CM/ECF. Without electronic filing access, Plaintiff must file every document by mail or courier, creating unavoidable delays, asymmetric notice, and procedural disadvantage on time-sensitive filings.

## ARGUMENT

Local Rule 5.1(B) permits parties to file electronically upon authorization by the Court. Courts in this district routinely authorize electronic filing for pro se litigants to ensure equal access to the docket. Granting this Motion serves the interest of efficient litigation management and ensures that Plaintiff can receive real-time ECF notification of all filings, eliminating the notice delays inherent in mail service.

Plaintiff is competent to use the CM/ECF system and commits to comply with all applicable requirements, including maintaining a current email address with the Clerk. Plaintiff's email address -- acct_cred_legal@greatgets.org -- is already reflected on the docket as Plaintiff's address of record pursuant to the Court's April 23, 2026 Order (Dkt. 64). No party will be prejudiced by the granting of this Motion.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court enter an Order granting Plaintiff leave to register for and file documents electronically through the CM/ECF system and directing the Clerk to establish CM/ECF access for Plaintiff at acct_cred_legal@greatgets.org.


Respectfully submitted,

Aaron Crockett
2870 Peachtree Rd #847
Atlanta, GA 30305
acct_cred_legal@greatgets.org
April 28, 2026


## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in Times New Roman, 14-point font, double-spaced, and otherwise complies with the formatting requirements of Local Rule 5.1, NDGa.


Aaron Crockett


## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2026, I caused a true and correct copy of the foregoing to be served upon all counsel of record via electronic mail and by overnight courier as follows:


Mark J. Windham / Lucas B. Earle
Troutman Pepper Locke LLP
mark.windham@troutman.com; lucas.earle@troutman.com
Counsel for Wells Fargo Bank, N.A.

Ryan A. Burgett / Brandon Stein / Ryan Chorkey Burke
Husch Blackwell LLP
Ryan.Burgett@huschblackwell.com; Brandon.Stein@huschblackwell.com
Counsel for Nelnet Servicing, LLC d/b/a Firstmark Services

Katherine A. Vaky
Morgan, Lewis & Bockius LLP
katherine.vaky@morganlewis.com
Counsel for Goldman Sachs & Co. LLC

Brandon T. White / Timothy Relich
Holland & Knight LLP
brandon.white@hklaw.com; timothy.relich@hklaw.com
Counsel for Citibank

Leo Kogan
Maynard Nexsen, P.C.
lkogan@maynardnexsen.com
Counsel for Robinhood Credit Inc. f/k/a X1, Inc.

Joshua H. Threadcraft
Burr & Forman LLP
jthreadcraft@burr.com
Counsel for Greenstate Credit Union


Aaron Crockett
April 28, 2026


### PROPOSED ORDER

Having considered Plaintiff's Motion for Leave to File Documents Electronically, and for good cause shown, it is hereby ORDERED that Plaintiff Aaron Crockett is granted leave to register for and file documents electronically through the Court's CM/ECF system. The Clerk is directed to establish CM/ECF access for Plaintiff at the email address acct_cred_legal@greatgets.org.


SO ORDERED this _____ day of _____, 2026.


_____
HON. JUSTIN S. ANAND
United States Magistrate Judge
Northern District of Georgia

TO REUSE: Mark through all previous shipping labels and barc

ORIGIN ID:TMAA  (877) 274-9460
AARON CROCKETT
DIG:FREE
STE 11780
1309 COFFEEN AVE STE 11780
SHERIDAN, WY 82801
UNITED STATES US

SHIP DATE: 04MAY26
ACTWGT: 0.25 LB
CAD: 6570858/ROSA2710

BILL THIRD PARTY

TO NORTHERN DISTRICT OF GEORGIA —
ATL DIVISION, ATTN: CLERK'S OFFICE
75 TED TURNER DRIVE SOUTHWEST
SUITE 2211
ATLANTA GA 30303
(404) 215-1600          REF:
PO:                           DEPT:



FedEx
Express

E

MPS#  5 of 6
0263  8713 6678 8861
Mstr# 8713 6678 8828     0201

37 QFEA

TUE – 05 MAY 10:30A
PRIORITY OVERNIGHT

30303
GA-US   ATL

Reusable Env
Recycl

TUE 05/05 07:41     30303 3318 61
75 TED TURNER DR SW     ATLANTA,GA
PRIORITY OVERNIGHT
526-1045
ETP 6     SH-PD 100 Y

CLEARED DATE

MAY 05 2026

Align bottom of peel-and-stick airbill or pouch here.