IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AARON CROCKETT, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:26-CV-0402-MLB-JSA |
| AMERICAN EXPRESS CO., *et al.*, | : |
| | : |
| Defendants. | : |

## **O R D E R**

The Court has received an *ex parte* email from the *pro se* Plaintiff, sent on the early morning of June 22, 2026, announcing that he will not appear for the discovery conference scheduled for June 23, 2026, concerning discovery disputes between Plaintiff and Defendant Nelnet Servicing, LLC ("Nelnet"). *See* Ex. A. Plaintiff's email refers to a "Motion for Remote Appearance," which Plaintiff alleges that he submitted to the Clerk and served on the other parties on June 15, 2026, although the docket does not reflect that any such motion has been filed.

Plaintiff is reminded that he is not permitted to communicate *ex parte* with the Court, and that an informal communication sent via email or otherwise to the Court and its staff is not a valid method to request relief. In this matter, the Court will not allow a remote appearance but will consider a continuance of the in-court conference, but must first permit Nelnet to be heard on a continuance, given that

Plaintiff's request was brought to the Court only one day before the conference is scheduled.

Plaintiff is thus **ORDERED** to contact Nelnet's counsel **immediately** to discuss a possible continuance and proposed alternative dates and should email the Court immediately, copying counsel for all parties, with an update on the parties' positions. The Court does not generally email Orders to litigants but will make an exception and do so this one time, to ensure that Plaintiff receives this Order promptly. **The discovery hearing scheduled for June 23, 2026, remains on the Court's schedule pending further order**.

**IT IS SO ORDERED** this 22nd day of June, 2026.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

**Exhibit A**

| | |
|---|---|
| **From:** | FCRA and FDCPA Violations |
| **To:** | Cheryl Jenkins |
| **Subject:** | Crockett v. American Express Co. et al., Case No. 1:26-cv-00402-MLB-JSA — Remote Appearance Request — June 23, 2026 Hearing |
| **Date:** | Monday, June 22, 2026 2:36:40 AM |

**CAUTION - EXTERNAL:**

Dear Ms. Jenkins,

Plaintiff Aaron Crockett respectfully writes to bring to the Court's attention his Motion for Remote Appearance, submitted to the Clerk of Court on June 15, 2026, delivered to the Clerk's office on June 18, 2026, and served on all counsel of record on June 15, 2026, in connection with the in-person hearing scheduled for Tuesday, June 23, 2026 at 10:00 AM EDT before Magistrate Judge Anand.

Plaintiff is currently providing bedside care for a family member and is unable to travel to Atlanta for the June 23 hearing. This obligation arose unexpectedly and was not foreseeable at the time the hearing was scheduled. Plaintiff is fully prepared to appear and participate by telephone or videoconference and respectfully requests that the Court grant the motion so that Plaintiff may attend the hearing and be heard.

Plaintiff is prepared to appear by whatever remote means the Court prefers and will make himself available at any time convenient to the Court on June 23, 2026.

Respectfully submitted,

/s/ Aaron Crockett

Aaron Crockett
Plaintiff, Pro Se
2870 Peachtree Rd., Unit 847
Atlanta, Georgia 30305
Telephone: (404) 341-8096
Email: acct_cred_legal@greatgets.org

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.