IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AARON CROCKETT, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:26-CV-0402-MLB-JSA |
| AMERICAN EXPRESS CO., *et al.*, | : |
| | : |
| Defendants. | : |

## **O R D E R**

This Order is a follow-up to the Court's prior order on discovery and related matters dated June 23, 2026. *See* Order [124]. In the event that Plaintiff either files a certification representing that he is ready to proceed with the prosecution of this case or hires counsel by July 17, 2026, the Court will hear the pending discovery disputes that were to be the topic of the June 23 conference in-person in Courtroom 1875, 18th Floor, United States Courthouse, Richard B. Russell Federal Building, 75 Ted Turner Drive S.W., Atlanta, Georgia 30303, at **10:00 am on July 28, 2026**. If Plaintiff takes neither of those steps and also fails to move to voluntarily dismiss the case as to all Defendants, the Court may take the July 28 conference off the calendar and issue a recommendation of dismissal with prejudice.

**IT IS SO ORDERED** this 1st day of July, 2026.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE